

**ORDERED in the Southern District of Florida on May 10, 2017.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:                                                                  Case No. 17-10684-AJC
Roberto Orlando Rodriguez-Cannella                  Chapter 13

              Debtor.
_____/

**AGREED ORDER GRANTING DEBTOR'S MOTION
TO ALLOW SHORT SALE OF HOMESTEAD PROPERTY (D.E. #32)**
(Cancels hearing scheduled for May 16, 2017 at 9:00 A.M.)

THIS CAUSE came before the Court on the Debtor's Motion to Allow Short Sale of Homestead Property (D.E. #32; the "Motion"). The Court noting an agreement between the Debtor and Caliber Home Loans, and having reviewed the file, it is

**ORDERED** as follows:

1. The Motion is Granted.

2. The Debtor is permitted to proceed with the short sale of his homestead property (the "Property"), located at 5401 NW 182nd Street, Miami, FL 33055, and legally described as:

      Lot 20, in Block 4, of Carol City Lake Stevens Estates, according to the Plat thereof, as recorded in Plat Book 65, Page 144, of the Public Records of Miami-Dade County, Florida.

3.  If the proceeds from the sale of the Property will not be sufficient to fully satisfy the claims of any mortgagee or holder of a secured claim on the Property, the closing shall not occur and the Debtor shall obtain permission from the mortgagee or holder of such secured claim to proceed with a short sale prior to proceeding with the sale of the Property.

# # #

Submitted by:
Louis A. Hernandez, Esq.
Attorney for Debtor
3785 NW 82nd Avenue, Suite 417
Miami, FL 33166
Tel: (305) 961-1157

Attorney Louis A. Hernandez is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt to file a certificate of service with the Clerk of the Court.